# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RON PETERSON

NO. 2022 KW 0799

**OCTOBER 11, 2022**

---

In Re:    Ron Peterson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 503,203.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** As an incarcerated pro se petitioner, relator may seek review of the district court's ruling on his motion to correct an invalid habitual offender sentence without the necessity of obtaining a return date.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a Sn*

DEPUTY CLERK OF COURT
FOR THE COURT